Juan S. Burgara Jr. #2157070
Name and Prisoner/Booking Number

Lerdo Pretrial Detention Facility
Place of Confinement

17695 Industrial Farm Road
Mailing Address

Bakersfield, CA, 93308
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED
JUN 13 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Juan S. Burgara Jr. "Pro Se",          )
(Full Name of Plaintiff)                )
            Plaintiff,                  )
                                        )
       v.                               ) CASE NO. 1:18-CV-00804-DAD-SAB
                                        ) (To be supplied by the Clerk)
(1) County of Stanislaus,               )
(Full Name of Defendant)                )
                                        )
(2) Modesto Police Department,          )
                                        )
                                        ) **CIVIL RIGHTS COMPLAINT**
(3) Turlock Police Department,          ) **BY A PRISONER**
                                        ) ( Jury Trial Demanded )
(4) Stanislaus County Sheriffs Office,  )
                                        ) ☒ Original Complaint
            Defendant(s).               ) ☐ First Amended Complaint
☑ Check if there are additional Defendants and attach page 1-A listing them.
                                          ☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   - ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   - ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
   - ☑ Other: Supplemental Jurisdiction 28 U.S.C Section 1367

2. Institution/city where violation occurred: Turlock, California

RECEIVED
JUN 11 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Revised 3/15/2016                    1

## DEFENDANTS

- CHIEF OF THE MODESTO POLICE DEPARTMENT GOALEN CARROL.

- CHIEF OF THE TURLOCK POLICE DEPARTMENT NINUS C. AMIRSAR.

- SHERIFF OF THE COUNTY OF STANISLAUS ADAM CHRISTIANSON.

- THREE UNKNOWN AGENTS OF THE STANISLAUS COUNTY DRUG ENFORCEMENT AGENCY.

ATTACHMENT 1-A

## B. DEFENDANTS

1. Name of first Defendant: __COUNTY OF STANISLAUS__. The first Defendant is employed as:
   __MUNICIPALITY__ at __STAN. CO., CALIFORNIA__.
   (Position and Title)                        (Institution)

2. Name of second Defendant: __STANISLAUS CO. SHERIFF' DEPT__. The second Defendant is employed as:
   __POLICE DEPARTMENT__ at __COUNTY OF STANISLAUS__.
   (Position and Title)                        (Institution)

3. Name of third Defendant: __MODESTO POLICE DEPARTMENT__. The third Defendant is employed as:
   __POLICE DEPARTMENT__ at __CITY OF MODESTO__.
   (Position and Title)                        (Institution)

4. Name of fourth Defendant: __TURLOCK POLICE DEPARTMENT__. The fourth Defendant is employed as:
   __POLICE DEPARTMENT__ at __CITY OF TURLOCK__.
   (Position and Title)                        (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☐ Yes  ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## DEFENDANTS

5. Defendant Galen Carrol, is, and at all times mentioned was the Chief of Police of the Modesto Police Department. As such was the commanding officer of defendant officers directly involved in the "Buy/Bust operation" stated in this cause of action, and was responsible for the hiring, training, conduct, supervision and discipline of officers set forth. Defendant Galen Carrol is directly responsible by law for enforcing the regulations of the Modesto Police Department and ensuring all officers of the department obey the laws of the United States Constitution and the laws of the State of California. Defendant is sued in his/her individual and official capacity.

6. Defendant Ninus C. Amirsar, is, and at all times mentioned was the Chief of Police of the Turlock Police Department. As such was the commanding officer of defendant officers directly involved in the "Buy/Bust operation" stated in this cause of action, and was responsible for the hiring, training, conduct, supervision and discipline of officers set forth. Defendant Ninus C. Amirsar is directly responsible by law for enforcing the regulations of the Turlock Police Department and ensuring all officers of the department obey the laws of the United States Constitution and the laws of the State of California. Defendant is sued in his/her individual and official capacity.

7. Defendant Adam Christianson, is, and at all times mentioned was the Sheriff for the County of Stanislaus Sheriffs Office. As such was the commanding officer of defendant officers of the Stanislaus County Drug Enforcement Agency directly involved in the planning and execution of the "Buy/Bust operation" stated

in this cause of action, and was responsible for the hiring, training, conduct, supervision and discipline of officers set forth. Defendant Adam Christianson is directly responsible by law for enforcing the regulations of the Stanislaus County Sheriffs Office and ensuring deputies of the Sheriffs Office obey the laws of the United States Constitution and the laws of the State of California. Defendant is sued in his individual and official capacity.

8. Three unknown agents of the Stanislaus County Drug Enforcement Agency, is, and at all times mentioned were officers acting under the color of law, policies, custom of the Stanislaus County Sheriffs Office who are responsible for abiding by regulations of the Stanislaus County Sheriffs Office and upholding the laws of the United States Constitution and the laws of the State of California. They are sued in thier individual and official capacities.

ATTACHMENT 2-B

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 4TH AMENDMENT OF THE UNITED STATES CONSTITUTION.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: 42 U.S.C SECTION 1983

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON JUNE 7TH, 2016 AT APPROXIMATELY 2200 HOURS, I WAS SITTING PASSENGER IN A VEHICLE DRIVEN BY OMAR VILLAGOMEZ. WHILE PARKED IN A PARKING LOT LOCATED AT 2201 W. MAIN ST, IN THE CITY OF TURLOCK, WE WERE TARGETED IN A UNDERCOVER STING OPERATION BY OFFICERS OF STANISLAUS CO. DRUG ENFORCEMENT AGENCY, MODESTO POLICE DEPARTMENT, AND TURLOCK POLICE DEPARTMENT. AFTER INTERACTING WITH AN UNDERCOVER OFFICER, WE NOTICED AN UNMARKED WHITE TRUCK OCCUPIED BY TWO UNKNOWN INDIVIDUALS PULLING UP ON US AT A HIGH RATE OF SPEED. FEARING WE WERE GOING TO BE ATTACKED, OMAR VILLAGOMEZ ATTEMPTED TO DRIVE AWAY FROM THE TRUCK. AFTER A COLLISION WITH THE VEHICLE, TWO UNKNOWN OFFICERS EXITED THE TRUCK AND MADE NO ATTEMPT TO IDENTIFY THEMSELVES AS OFFICERS, RATHER AUTOMATICALLY RESORTED TO FIRING TWO HIGH CALIBER ASSAULT RIFLES INTO OUR VEHICLE, STRIKING AND KILLING THE DRIVER. AT NO POINT DID I ATTEMPT TO FLEE OR ENDANGER ANYBODY. MY HANDS WERE RAISED THROUGHOUT THE GUNFIRE AND I ADVISED OFFICERS TO SEND A AMBULANCE BECAUSE MY FRIEND WAS SHOT. OFFICERS BEGAN FIRING AGAIN WHICH RESULTED IN ME BEING STRUCK BY PROJECTILES CAUSING SIGNIFICANT PHYSICAL INJURY. STANISLAUS COUNTY GOVERNMENT HAS FAILED TO CURB THE PATTERN OF EXCESSIVE FORCE BY OFFICERS IN THE PAST, CREATING AN INFORMAL POLICY/CUSTOM THAT EXCESSIVE FORCE WILL BE CONDONED THROUGH A SYSTEMATIC FAILURE TO REPRIMAND EXCESSIVE FORCE VIOLATIONS.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I HAVE RECIEVED PHYSICAL AND PSYCHOLOGICAL TRAUMA: SEVERE NERVE DAMAGE IN MY WRITING HAND, ELBOW JOINT PAIN, AND SCARS THROUGHOUT MY BODY FROM GUNFIRE. ANXIETY, DEPRESSION, GUILT, NIGHTMARES AND EMOTIONAL PAIN FROM MEMORIES OF THE DEATH OF OMAR VILLAGOMEZ AND MY OWN NEAR DEATH EXPERIENCE, AND MORE.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. CLAIMS FOR DAMAGES WERE FILED WITH AND REJECTED BY THE COUNTY OF STANISLAUS, CITY OF TURLOCK, AND THE CITY OF MODESTO.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: __CA. PEN. CODE SECTIONS 240, 242__

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: __ASSAULT / BATTERY__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   DEFENDANTS COAIEN CARDOI, NINUS AMIRSAR, AND ADAM CHRISTIANSON WERE RESPONSIBLE FOR THE TRAINING OF OFFICERS INVOLVED IN THE "BUY/BUST OPERATION" IN THE PROPER USE OF FIREARMS IN THE PERFORMANCE OF THEIR DUTIES AS POLICE OFFICERS IN ACCORDANCE WITH THE STATUTES, ORDINANCES, REGULATIONS, CUSTOMS AND USAGES OF THEIR RESPECTIVE AGENCIES.

   THE CONDUCT OF THE THREE UNKNOWN AGENTS WHO FIRED THEIR WEAPONS INTO OUR VEHICLE IN A FASHION GROSSLY DISPROPORTIONATE TO THE NEED, AND WHOM CONTINUED TO FIRE AFTER BEING INFORMED THE DRIVER WAS SHOT, AMOUNTS TO BRUTAL, EXCESSIVE, UNREASONABLE, AND UNNECESSARY FORCE UNDER THE LAWS OF THE STATE OF CALIFORNIA.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I HAVE RECIEVED PHYSICAL AND PSYCHOLOGICAL TRAUMA: SEVERE NERVE DAMAGE IN MY WRITING HAND, ELBOW JOINT PAIN, AND SCARS THROUGHOUT MY BODY FROM GUNFIRE. ANXIETY, DEPRESSION, GUILT, NIGHTMARES AND EMOTIONAL PAIN.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __CLAIMS FOR DAMAGES WERE FILED WITH, AND REJECTED BY, THE COUNTY OF STANISLAUS, CITY OF MODESTO, AND CITY OF TURLOCK.__

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: _____

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   _____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

PUNITIVE DAMAGES AGAINST DEFENDANTS "THREE UNKNOWN AGENTS" FOR THEIR WILLFUL, MALICIOUS, WANTON, AND RECKLESS DISREGARD FOR MY RIGHTS AND SAFETY TO BE DETERMINED BY THE JURY.

COMPENSATORY DAMAGES AGAINST REMAINING DEFENDANTS FOR PAST, PRESENT, AND FUTURE PHYSICAL AND PSYCHOLOGICAL INJURIES.

FOR SUCH OTHER RELIEF THE COURT MAY DEEM PROPER.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6 · 4 · 2018
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6