# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN S. BULGARA,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>  Defendants. | Case No. 1:18-cv-00804-DAD-SAB<br><br>ORDER AUTHORIZING SERVICE OF FIRST AMENDED COMPLAINT, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(ECF No. 7) |

Juan S. Bulgara ("Plaintiff"), proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 13, 2018. (ECF No. 1.) On July 31, 2018, 2018, the undersigned filed findings and recommendations recommending that this action proceed on Plaintiff's first amended complaint against against Doe 3 for excessive force in violation of the Fourth Amendment and assault and battery and negligence under California law; Does 1 and 2 for assault and negligence under California law; and the County of Stanislaus for vicarious liability on the state law claims; and that all other claims be dismissed. (ECF No. 6.) The findings and recommendations were adopted in full on November 14, 2018, and the matter was referred back to the undersigned for initiation of service of process.

Accordingly, it is HEREBY ORDERED that:

1. Service shall be initiated on the following defendants:

   **County of Stanislaus**

2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed July 13, 2018;

1

1        3.      Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

       a.      One completed summons for each defendant listed above;

       b.      One completed USM-285 form for each defendant listed above; and

       c.      Two (2) copies of the endorsed first amended complaint filed July 13, 2018;

      4.      Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs;

      5.      The United States Marshal cannot initiate service of process on unknown Defendants. Therefore, before the Court orders the United States Marshal to serve the Doe defendants, Plaintiff will be required to identify the defendants with enough information to locate the defendant for service of process. Plaintiff will be given an opportunity through discovery to identify the unknown (Doe) defendants. Crowley v. Bannister, 734 F.3d 967, 978 (9th Cir. 2013) (quoting Gillespie v. Civiletti, 629 E.2d 637, 642 (9th Cir. 1980)). Once the identity of a Doe defendant is ascertained, Plaintiff must file a motion to amend his complaint only to identify the identified Doe defendant so that service by the United States Marshal can be attempted. Therefore, the Court will not send Plaintiff the appropriate service documents until such time that Plaintiff ascertains the identities of the Doe defendants and files an amended complaint. However, Plaintiff is advised that if he fails to identify the Doe defendant during the course of discovery and file an amended complaint, the Doe defendant will be dismissed from this action; and

      6.      The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **November 14, 2018**

                                            UNITED STATES MAGISTRATE JUDGE