UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN S. BULGARA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>　　　　　　Defendants. | No. 1:18-cv-00804-DAD-SAB (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 19, 21) |

　　　　Plaintiff Juan S. Bulgara is a federal prisoner proceeding pro se and *in forma pauperis*, proceeding in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 30, 2019, defendant County of Stanislaus filed a motion for summary judgment.  (Doc. No. 19.)  On September 8, 2020, the assigned magistrate judge issued findings and recommendations recommending that Doe defendants 1, 2, and 3 be dismissed due to plaintiff's failure to serve those defendants in compliance with Federal Rule of Civil Procedure 4(m), and defendant County of Stanislaus's motion for summary judgment be granted.  (Doc. No. 21.)  The findings and recommendations were served on the parties and contained notice that objections thereto were to be filed within fourteen (14) days after service.  (*Id*. at 14.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on September 8, 2020 (Doc. No. 21) are adopted in full;
2. Doe defendants 1, 2, and 3 are dismissed from this action due to plaintiff's failure to effectuate service on them in compliance with Federal Rule of Civil Procedure 4(m);
3. Defendant County of Stanislaus's motion for summary judgment (Doc. No. 19) is granted;
4. Judgment shall be entered in favor of defendant County of Stanislaus and against plaintiff Bulgara; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **March 23, 2021**

UNITED STATES DISTRICT JUDGE